# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL<br>PROTECTION BUREAU<br>1700 G Street NW<br>Washington, D.C. 20552<br><br>      Petitioner,<br>  v.<br><br>KEVIN H. STRICKLIN<br>1205 Bancroft Court<br>Bel Air, MD 21014<br>Harford County<br><br>      Respondent. | Case No. _____ |

**PETITION TO ENFORCE CIVIL INVESTIGATIVE DEMAND**

On February 18, 2014, the Consumer Financial Protection Bureau (Bureau) issued a civil investigative demand (CID) to Respondent Kevin H. Stricklin. The CID, issued during a nonpublic investigation to determine whether a title company or other persons violated federal law, directed Stricklin to produce materials and to appear and provide oral testimony on February 26, 2014. Stricklin did not appear for his hearing and has refused to comply with the CID. Accordingly, the Bureau petitions this Court for an order compelling Stricklin to comply with the CID.

In support of this petition, the Bureau has separately filed the Declaration of Genessa Stout and a memorandum of law. In further support, the Bureau alleges as follows:

1

## JURISDICTION AND VENUE

1. This Court has subject-matter jurisdiction under section 1052(e)(1) of the Consumer Financial Protection Act of 2010 (CFPA). "Whenever any person fails to comply with any civil investigative demand duly served upon him . . . the Bureau . . . may file, in the district court of the United States for any judicial district in which such person resides, is found, or transacts business, and serve upon such person, a petition for an order of such court for the enforcement of this section."[1]

2. Venue is proper because Stricklin resides and transacts business in Maryland.

## THE PARTIES

3. The Bureau is an administrative agency of the United States.[2]

4. Stricklin is a resident of Maryland and received a CID issued February 18, 2014 related to a nonpublic investigation by the Bureau.

## SERVICE OF THE CID AND STRICKLIN'S FAILURE TO RESPOND

5. To determine whether there have been violations of "Federal consumer financial law,"[3] section 1052 of the CFPA empowers the Bureau to issue a CID whenever it has reason to

---

[1] 12 U.S.C. § 5562(e)(1).
[2] 12 U.S.C. § 5491(a).
[3] 12 U.S.C. § 5481(14).

believe that any person may have information relevant to a violation.[4] A CID issued by the Bureau may, among other things, require the recipient to give oral testimony and to produce materials.[5]

6. Stricklin is a loan officer and the Bureau has reason to believe that in that capacity he gained information relevant to the Bureau's investigation.

7. On February 18, 2014, the Bureau issued a CID to Stricklin at 1205 Bancroft Court, Bel Air, Maryland, via certified mail and overnight delivery by UPS. The CID required Stricklin to produce materials and to appear and provide oral testimony on February 26, 2014.

8. Stricklin confirmed to Bureau investigators that he received the CID.

9. As required by section 1052(c)(2) of the CFPA, the CID contained a Notification of Purpose apprising Stricklin that the CID related to the Bureau's investigation to determine whether a title company or other persons violated the Real Estate Settlement Procedures Act, the CFPA, or any other Federal consumer financial law.[6]

10. Stricklin did not respond to the CID. On February 26, 2014, Stricklin did not appear to provide oral testimony, and he did not produce the requested materials.

## PRAYER FOR RELIEF

WHEREFORE, the Bureau invokes the aid of this Court and prays:

a. for an order directing Stricklin to show cause, if there is any, why an order should not be issued directing him to comply with the CID;

---

[4] 12 U.S.C. § 5562(c)(1).
[5] *Id.*
[6] 12 U.S.C. § 5562(c)(2); *accord* 12 C.F.R. § 1080.5.

b. upon the return of Stricklin's showing of cause, for an order directing Stricklin to comply with the CID within ten days of any such order, or at a later date as may be established by the Bureau;

c. for such other relief as this Court deems just and proper.

Dated: February 27, 2014

Respectfully submitted,

ANTHONY ALEXIS
Acting Enforcement Director

JEFFREY PAUL EHRLICH
Deputy Enforcement Director

JOHN WELLS
Assistant Litigation Deputy

*/s/ Genessa Stout*

_____

GENESSA STOUT
LAWRENCE BROWN
Enforcement Attorneys
Consumer Financial Protection Bureau
1700 G Street NW
Washington, D.C. 20552
Phone: 202-435-7920
Fax: 202 435-7722
Email: Genessa.Stout@cfpb.gov
Lawrence.Brown@cfpb.gov

Attorneys for Petitioner
Consumer Financial Protection Bureau