IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU<br>1700 G Street NW<br>Washington, D.C. 20552<br><br>       Petitioner,<br>  v.<br><br>KEVIN H. STRICKLIN<br>1205 Bancroft Court<br>Bel Air, MD 21014<br>Harford County<br><br>       Respondent. | Case No. _____ |

**DECLARATION OF GENESSA STOUT
IN SUPPORT OF PETITION TO ENFORCE CIVIL INVESTIGATIVE DEMAND**

Pursuant to 28 U.S.C. §1746, I, Genessa Stout, declare as follows:

1. I am an Enforcement Attorney in Consumer Financial Protection Bureau's (Bureau) Office of Enforcement in Washington, D.C.

2. I am the lead attorney on a nonpublic Bureau investigation to determine whether a title company or other unnamed persons violated the Real Estate Settlement Procedures Act, the Consumer Financial Protection Act of 2010, or any other "Federal consumer financial law."[1]

3. I am authorized to execute this declaration and verify the facts that are set forth in the

---

[1] 12 U.S.C. § 5481(14).

Bureau's Petition to Enforce Civil Investigative Demand and the memorandum accompanying that petition. The facts set forth in this declaration are based on my personal knowledge or information made known to me in the course of my official duties.

    4.  On February 5, 2014, the Bureau issued a civil investigative demand (CID) to Respondent Kevin H. Stricklin at 1205 Bancroft Court in Bel Air, Maryland. As required by the Bureau's procedural rules, the CID contained a "Notification of Purpose" advising Stricklin of the focus of the Bureau's investigation. The CID required Stricklin to produce materials and to appear and testify at an investigational hearing at the Bureau's headquarters in Washington, D.C. on February 18, 2014.

    5.  On February 14, 2014, Stricklin called me and stated in a voicemail that he would not appear to testify on February 18. I returned Stricklin's call, and Stricklin reiterated that he would not appear to testify. Stricklin also stated that he did not want to drive to Washington, D.C. to testify.

    6.  On February 18, 2014, the Bureau issued a new CID to Stricklin at 1205 Bancroft Court in Bel Air, Maryland. In substance, the CID was identical to the prior CID issued on February 5, but it changed the place and date of the hearing to the U.S. Attorney's Office in Greenbelt, Maryland on February 26, 2014. The Bureau changed the location of Stricklin's investigational hearing so that it would be more convenient for him and in the hope that he would comply with his obligation to appear, testify, and produce materials.

    7.  Exhibit A to this declaration is a true and correct copy of the CID issued to Stricklin.

Consistent with the nonpublic nature of the Bureau's investigation, the name of the subject of the investigation has been redacted. The Bureau will make an unredacted copy of the CID available to the Court to review *in camera* upon the Court's request.

8. On February 24, 2014, Stricklin called me and confirmed that he received the CID issued on February 18, 2014. Stricklin stated that he did not have transportation and was unable to appear on February 26, 2014 to testify at an investigational hearing. I offered to reschedule the hearing to a day and time more conducive to Stricklin's schedule. Stricklin stated that even if he had transportation or even if the Bureau rescheduled the hearing, he would not comply with the CID. I informed Stricklin that a CID is an administrative subpoena, that compliance with the CID is mandatory, and that if he failed to comply with the CID, the Bureau would petition a court to enforce the CID. Stricklin affirmed that he understood and stated that I should "go ahead" and petition the court.

9. On February 26, 2014, I appeared at the U.S. Attorney's Office in Greenbelt, Maryland to take Stricklin's testimony as described in the CID. Stricklin did not appear to testify and did not produce materials on February 26, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: February 27, 2014

*Genessa Stout*

_____
GENESSA STOUT
Enforcement Attorney
Consumer Financial Protection Bureau
1700 G Street NW
Washington, D.C. 20552

Phone: 202-435-7920
Fax: 202 435-7722
Email: Genessa.Stout@cfpb.gov

Attorney for Petitioner
Consumer Financial Protection Bureau